(131 So. 917)

## John ELLIS v. STATE.
### 6 Div. 914.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Appeal dismissed.

(133 So. 923)

## Daisey ELMORE v. STATE.
### 2 Div. 474.

Court of Appeals of Alabama.
April 14, 1931.

SAMFORD, J.
Affirmed.

(131 So. 918)

## R. A. ENGLISH v. CITY OF MOBILE.
### 1 Div. 901.

Court of Appeals of Alabama.
April 10, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 920)

## Rudolph, alias R. A., ENGLISH v. STATE.
### 1 Div. 953.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.

(130 So. 920)

## Mrs. J. ERICKSON v. CITY OF MOBILE.
### 1 Div. 998.

Court of Appeals of Alabama.
Oct. 28, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(130 So. 921)

## Eldridge EVANS v. STATE.
### 1 Div. 956.

Court of Appeals of Alabama.
Nov. 18, 1930.

SAMFORD, J.
Affirmed.

(132 So. 913)

## Gus EVANS v. STATE.
### 3 Div. 668.

Court of Appeals of Alabama.
Feb. 24, 1931.

See, also, 22 Ala. App. 651, 119 So. 595.

Hybart & Dickey, of Evergreen, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.

(132 So. 913)

## F. F. FERGUSON v. STATE.
### 8 Div. 104.

Court of Appeals of Alabama.
March 3, 1931.

SAMFORD, J.
Affirmed.